The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL L. COCHRAN,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE EDUCATION,

        Defendant.

No. C08-05153-RJB

**STIPULATION AND ORDER OF DISMISSAL**

(Please note on Motion Calendar for September 25, 2008.)

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure:

1) That the above-referenced case should be DISMISSED WITH PREJUDICE; and

2) That, except as otherwise provided, the parties in this case shall be responsible for their own attorney's fees and costs.

SO STIPULATED.

DATED: September 25, 2008.

        Respectfully submitted,

        JEFFREY C. SULLIVAN
        United States Attorney
        Western District of Washington

By:   *s/ J. Michael Diaz*
      J. MICHAEL DIAZ, WSBA #38100
      Assistant United States Attorney
      Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – 1
(CV-08-05153)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

SO STIPULATED.

DATED: September 25, 2008.

By: *s/ James W. Beck*
James W. Beck, WSBA #34208
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM
Attorney for Plaintiff Darrell L. Cochran

## **ORDER**

It is so ordered.

DATED this 26th day of September, 2008.

*/s/ Robert J Bryan/*
Robert J Bryan
United States District Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – 2
(CV-08-05153)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970